UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 SEP -6  P 3: 55

ALEXANDER SIVAK

    Plaintiff,

V.

LVNV FUNDING, LLC

Defendant.

CIVIL ACTION NO

**306CV1400** JBA

SEPTEMBER 1, 2006

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. 3 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. 3 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-1 10a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to plaintiff's disputed personal debt.

7. In the collection efforts, the defendant violated the FDCPA, *inter alia, section* 1692d,

-e, -f, or -g.

**Second Count.**

8. The allegations of the First Count are repeated and realleged as if fully set forth herein.

9. Within three years prior to the date of this action Defendant has engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, 336a-645 *et seq.*, or the Consumer Collection Agency Act, section 36a-800 *et seq.* Conn. Gen. Stat.

10. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against the defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide

THE PLAINTIFF
BY _____

Thomas C. Thornberry
Thornberry & Forman
3333 Main Street
Stratford, CT 06614
Tel (203)380-8189
Fax (203)380-8191
Fed. Juris No. ct 05911